**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**BELINDA SPINOSI,**

    **Plaintiff,**

v.

    Civil Action 2:11-cv-00961
    **Judge Algenon L. Marbley**
    **Magistrate Judge E.A. Preston Deavers**

**THE UNITED STATES OF AMERICA**
**U.S. ATTORNEY GENERAL,** *et al.*,

    **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 3, 2012 Order, the Court ADOPTED the Report and Recommendation. Plaintiff's action is DISMISSED for failure to state a claim.

Date: **February 3, 2012**    **James Bonini, Clerk**

    s/Betty L. Clark
    Betty L. Clark/Deputy Clerk