# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

## JUDGMENT IN CIVIL CASE

**BELINDA SPINOSI,**

    **Plaintiff,**

v.

    Civil Action 2:11-cv-00961
    Judge Algenon L. Marbley
    Magistrate Judge E.A. Preston Deavers

**THE UNITED STATES OF AMERICA**
**U.S. ATTORNEY GENERAL,** *et al.*,

    **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 3, 2012 Order, the Court ADOPTED the Report and Recommendation. Plaintiff's action is DISMISSED for failure to state a claim.

Date: **February 3, 2012**        **James Bonini, Clerk**

                                              s/Betty L. Clark
                                              Betty L. Clark/Deputy Clerk